No. 246. ALLAN PINKERTON, DOING BUSINESS AS PINKERTONS' NATIONAL DETECTIVE AGENCY, AND CORPORATIONS AUXILIARY COMPANY *v.* EUGENE WENGERT, JOHN W. WOLLER, GEORGE PAGE, AND CHARLES REICHENBACH. Appeal from the District Court of the United States for the Eastern District of Wisconsin. Argued March 17, 1927. Decided April 18, 1927. *Per Curiam.* Affirmed on the authority of *Lehon* v. *City of Atlanta*, 242 U. S. 53. *Mr. F. H. Wood*, with whom *Mr. Roberts Steinmetz* was on the brief, for appellants. *Mr. Eugene Wengert, pro se*, with whom *Mr. Daniel W. Sullivan* was on the brief, for appellees.